| | |
|---|---|
| MARK R. MCDONALD (CA SBN 137001)<br>MMcDonald@mofo.com<br>CLAUDIA M. VETESI (CA SBN 233485)<br>CVetesi@mofo.com<br>MICHAEL T. CHIN (CA SBN 259466)<br>MChin@mofo.com<br>GIANCARLO UREY (CA SBN 267069)<br>GUrey@mofo.com<br>MORRISON & FOERSTER LLP<br>555 West Fifth Street, Suite 3500<br>Los Angeles, California  90013-1024<br>Telephone:  (213) 892-5200<br>Facsimile: (213) 892-5454<br><br>Attorneys for Plaintiffs and Counter-Defendants<br>ABRAXIS BIOSCIENCE, LLC and<br>GLOBAL HEALTH GRID, LLC | **MADE JS-6** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAXIS BIOSCIENCE, LLC, a Delaware Limited Liability Company; and GLOBAL HEALTH GRID, LLC, a Delaware Limited Liability Company;<br><br>  Plaintiffs,<br><br>  v.<br><br>SABYENT, INC, a Florida Corporation, SABYENT MARKETING, INC., a Florida Corporation, and YESH PENDHARKAR, and DOES 1-10,<br><br>  Defendants. | Case No.  CV 10-2255-GW(PJWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION**<br><br>Complaint Filed:  March 26, 2010 |
| SABYENT MARKETING, INC., a Florida Corporation and SABYENT, INC.<br><br>  Counterplaintiffs,<br><br>  v.<br><br>ABRAXIS BIOSCIENCE, LLC and GLOBAL HEALTH GRID, LLC,<br><br>  Counterdefendants. | |

## **ORDER**

Having read and considered the Parties' Stipulation for Dismissal With Prejudice, and good cause appearing, it is hereby ordered that this action be dismissed with prejudice. This Court will retain jurisdiction to enforce the settlement.

IT IS SO ORDERED

Dated: May 22, 2012

_____
GEORGE H. WU
United States District Judge