1  MARK R. MCDONALD (CA SBN 137001)
   MMcDonald@mofo.com
2  MORRISON & FOERSTER LLP
   707 Wilshire Blvd., Suite 6000
3  Los Angeles, California  90017-3543
   Telephone:  (213) 892-5200
4  Facsimile: (213) 892-5454

5  Attorneys for Plaintiffs and Counter-Defendants
6  ABRAXIS BIOSCIENCE, LLC and
   GLOBAL HEALTH GRID, LLC

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  ABRAXIS BIOSCIENCE, LLC, a Delaware Limited Liability Company; and GLOBAL HEALTH GRID, LLC, a Delaware Limited Liability Company;<br><br>Plaintiffs,<br><br>v.<br><br>SABYENT, INC, a Florida Corporation, SABYENT MARKETING, INC., a Florida Corporation, and YESH PENDHARKAR, and DOES 1-10,<br><br>Defendants. | Case No.  CV 10-2255-GW(PJWx)<br><br>**JUDGMENT**<br><br>Complaint Filed: March 26, 2010 |
| SABYENT MARKETING, INC., a Florida Corporation and SABYENT, INC.<br><br>Counterplaintiffs,<br><br>v.<br><br>ABRAXIS BIOSCIENCE, LLC and GLOBAL HEALTH GRID, LLC,<br><br>Counterdefendants. | |

Having read and considered the Application for Entry of Judgment; the Declaration of Mark R. McDonald; the Application to File Documents Under Seal; and the exhibits thereto,

IT IS HEREBY ordered and adjudged:

## **JUDGMENT**

1. The Court has jurisdiction over the Parties.
2. Any dismissal previously filed or entered in this case shall be set aside.
3. Global Health Grid is entitled to this judgment in its favor and against each of the Defendants in the amount of $80,000 plus interest at the statutory rate from the date of this Judgment.
4. This Court shall retain jurisdiction over the parties to enforce the terms of the Judgment until performance in full of its terms;
5. The Clerk shall enter this Judgment.
6. The foregoing matters are hereby ORDERED and ADJUDGED pursuant to Federal Rule of Civil Procedure 58.
7. The Judgment shall become final for all purposes upon entry of Judgment, and Defendants waive any right to appeal or seek review of this Judgment by a higher court. Defendants expressly waive their right to seek a stay of execution upon any judgment.

Dated: March 12, 2014

---
GEORGE H. WU
United States District Judge